UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOWARSKI MANUEL CAPTAIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-995** |
| **CALCASIEU PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION "D"(4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.[1]

**IT IS ORDERED** that Jowarski Manuel Captain's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 16th day of August, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] Objections were due 14 days following the July 22 signing of the Magistrate Judge's Report and Recommendation. Because Captain is proceeding *pro se*, this court has allowed an additional week to file objections and none have been filed.